UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA TERESE REGO,

                              Plaintiff,

           v.

MEMORIAL SLOAN KETTERING CANCER
CENTER,

                              Defendant.

26-CV-3957-RA

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to Memorial Sloan Kettering Cancer Center.

Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance

of each summons.[1]

If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time

to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules

of Civil Procedure for failure to prosecute.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic

Service.[2]

SO ORDERED.

Dated:      May 29, 2026
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.