UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA TERESE REGO,

                    Plaintiff,

          v.

MEMORIAL SLOAN KETTERING CANCER
CENTER,

                    Defendant.

26-CV-3957 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        IT IS ORDERED that this *pro se* case is referred for mediation to the Court's Alternative Dispute Resolution Program. Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith. Unless otherwise ordered, the mediation will have no effect upon any scheduling order issued by this Court, and all parties are obligated to continue to litigate the case.

        IT IS FURTHER ORDERED that the Clerk of Court shall locate pro bono counsel to represent Plaintiff at the mediation. The time to assign a mediator under Local Rule 83.9(f) shall be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

        IT IS FURTHER ORDERED that any objection by Plaintiff to either the mediation or to the appointment of pro bono counsel to represent her in the mediation must be filed within 14 days of this Order. In the event Plaintiff files such an objection, the referral to mediation is vacated, and this case will not proceed to mediation. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

        SO ORDERED.

Dated:    July 2, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge